**Opinion issued January 4, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00955-CV

———————————

**SAM'S LIMOUSINE AND TRANSPORTATION, INC., Appellant**

**V.**

**CIVE, INC., Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-55007**

---

## MEMORANDUM OPINION

We previously abated this case for mediation. The parties have now filed a joint motion to dismiss the appeal. They represent that they have reached an agreement to settle this matter and request that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court to

release appellant and its surety from a supersedeas bond filed on January 25, 2023. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we reinstate the case, grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement and to release Sam's Limousine and Transportation, Inc. and its surety from the supersedeas bond filed on January 25, 2023. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.